COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

- √ **INITIAL APPEARANCE**      DATE: 10/10/06
- ☐ **BOND HEARING**
- ☐ **DETENTION HEARING**      DIGITAL Recording : 3:10 - 3:24
- ☐ **PRELIMINARY (EXAMINATION)(HEARING)**
- ☐ **REMOVAL HEARING (R.40)**
- √ **ARRAIGNMENT**

**PRESIDING MAG. JUDGE:** VANZETTA PENN MCPHERSON    **DEPUTY CLERK:** Wanda Robinson

**CASE NO** 2:06cr216-MHT    **DEFENDANT NAME:** Anthony Sanderson

**AUSA:** Verne Speirs    **DEFT. ATTY:** Patricia Kemp

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD

**PTSO:** Sandra Woods    **USPO:** _____

Defendant ( ) does; (√) does NOT need an interpreter

Interpreter present (√) NO; ( ) YES    Name:

| | |
|---|---|
| √ | Date of Arrest 10/06/06 or ☐ Arrest Rule 5 |
| √ | Deft First Appearance. Advised of rights/charges. Prob/Sup Rel Violator |
| √ | Deft First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel |
| √ | Financial Affidavit executed √ *ORAL MOTION FOR APPT OF COUNSEL* |
| √ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained |
| √ | ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; √ Government's WRITTEN Motion for Detention Hrg. filed |
| √ | Detention Hearing ☐ held; √ set for 10/16/06 @ 11:00 a.m. |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ☐ | Release order entered. Deft advised of conditions of release |
| ☐ | BOND EXECUTED (M/D AL charges) $. |
| ☐ | BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| √ | Bond not executed. Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing |
| ☐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √ HELD. Plea of NOT GUILTY entered. ☐ Set for |
| √ | DISCOVERY DISCLOSURE DATE: 10/11/06 |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| √ | WAIVER of Speedy Trial. CRIMINAL TERM: 2/5/07 |

PRETRIAL: 11/13/06 @ 9:00 a.m.