IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )    2:06cr216-MHT
    )
ANTHONY SANDERSON    )

## ORDER ON MOTION

For good cause,

It is  ORDERED that the Government's  Motion  for Detention Hearing filed 10 October 2006 (Doc #5) is GRANTED and the Detention Hearing is set for 16 October 2006 at 11:00 a.m. in Courtroom 5-A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge.  Pending this hearing, the defendant(s) shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE this 11th day of October, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE