## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 10/16/06

DATE COMPLETED: 10/16/06

DIGITAL RECORDING: 11:04 - 11:06

USA

vs

ANTHONY SANDERSON

2:06cr216-MHT

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Terry Moorer | | Kevin Butler |

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

### PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:   DETENTION HEARING NOT HELD

| Description | 2:06cr216-MHT: USA vs. Anthony Sanderson: Detention Hearing | |
|---|---|---|
| Date | 10/16/2006   **Location** | Courtroom 5A |
| **Time** | **Speaker** | **Note** |
| 11:04:20 AM | Court | Convenes |
| 11:04:24 AM | Defendant | Makes Oral Motion to Continue Detention Hearing generally until further notice by the parties |
| 11:04:50 AM | Government | Joins in the motion without any objections |
| 11:05:02 AM | Court | Detention Hearing will be continued generally - ORDER to be entered; Trial of this case is set for 2/5/07 |
| | | RECESS |