IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr216-MHT |
| | ) | |
| ANTHONY SANDERSON | ) | |

## ORDER ON MOTION

On 10 October 2006, the Government filed a Motion for Detention (Doc. #5). Thereafter, a Detention Hearing was scheduled for 16 October 2006 at 11:00 a.m.

Court convened 16 October 2006 for the Detention Hearing. The defendant made an oral motion to continue the hearing until further notice to the Court. The Government had no objections to the motion. Therefore, for good cause, it is

ORDERED that the Oral Motion to continue the Detention Hearing generally is GRANTED.

DONE this 17th day of October 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE