| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** November 13, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 9:08 - 9:09 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:**   2:06-cr-00216-MHT-VPM | **DEFENDANT(S)** Anthony Sanderson |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| Terry Moorer | * | Kevin Butler |
| | * | |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**
  Completed

❏ **PENDING MOTION STATUS:**

❏ **PLEA STATUS:**
  Plea negotiations almost complete
  Notice of intent to change plea to be filed on or before noon on January 24, 2007

❏ **TRIAL STATUS**
  Trial time  - 2 days

❏ **REMARKS:**