MIDDLE DISTRICT OF ALABAMA                COURT REPORTER:   Risa Entrekin

❏ARRAIGNMENT        x CHANGE OF PLEA        ❏CONSENT PLEA

❏RULE 44(c) HEARING        ❏SENTENCING

---

**PRESIDING MAG. JUDGE:** _WALLACE CAPEL, JR._        **DEPUTY CLERK:** _WANDA ROBINSON_

**CASE NUMBER:** _2:06cr216-MHT_        **DEFENDANT NAME:** _Anthony Sanderson_

**AUSA:** _Terry Moorer_        **DEFENDANT ATTY:** _Kevin Butler_

Type Counsel:     ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (X ) CDO

**USPO:**    _Jakki Caple_

**De fendant** _____ **does** _____x_____ **does NOT need and interpreter.**

**Interpreter present?** _x_ **NO** _____ **YES     Name:** _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**     ❏ Not Guilty                    ❏Nol Contendere

❏Not Guilty by reason of insanity

x❏Guilty as to:

X❏Count(s)_____2_____ of the Felony Indictment.

X❏Count(s) _1, 3, 4, 5_        ❏ dismissed on oral motion of USA;

X-❏ to be dismissed at sentencing

— **ORAL ORDER ADJUDICATING GUILT as to COUNT**

X — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea

Agreement entered

— _____ Days to file pretrial motions. ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under  same bond ; ❏ Released on Bond & Conditions of Release

❏ summons; for:

❏ Trial on _____; ❏ Sentencing    ❏ to be set by Separate Order

X — **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $_____ Bond;

❏ Trial on _____; or   X- Sentencing x-set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed.  ❏ Detention requests time to secure new counsel.