IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-216-MHT |
| | ) | |
| ANTHONY SANDERSON | ) | |

MOTION FOR DOWNWARD DEPARTURE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to the United States Sentencing Commission, Guidelines Manual, Section 5K1.1, respectfully requests this Honorable Court to downwardly depart two(2) levels, in the sentence that would otherwise be imposed on Defendant Anthony Sanderson, and as reasons therefore, submits the following:

1. The United States and Defendant Anthony Sanderson entered in to a plea agreement the terms of which provide that the United States will file a two-level downward departure motion.

2. Pursuant to the terms of the plea agreement, the United States files the present motion.

Wherefore, premises considered, the United States moves this Honorable Court for a downward departure from the calculated guideline range. This motion seeks a departure of two (2) levels.

Respectfully submitted this the 27th day of February, 2007.

           LEURA G. CANARY
           UNITED STATES ATTORNEY

           /s/ Susan R. Redmond
           SUSAN R. REDMOND
           Assistant United States Attorney
           One Court Square, Suite 201
           Montgomery, Alabama 36104
           Telephone: (334) 223-7280
           Fax: (334) 223-7135
           susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-216-MHT |
| | ) | |
| ANTHONY SANDERSON | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kevin L. Butler.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
susan.redmond@usdoj.gov