IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr216-MHT |
| **ANTHONY SANDERSON** | ) | |

<u>ORDER</u>

It is ORDERED that the motion to substitute counsel (Doc. No. 26) is granted.

DONE, this the 1st day of March, 2007.

    <u>/s/ Myron H. Thompson</u>
**UNITED STATES DISTRICT JUDGE**