# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE           AT MONTGOMERY  ALABAMA

DATE COMMENCED  March 7, 2007              AT  2:09   A.M./P.M.

DATE COMPLETED  March 7, 2007              AT  2:35   A.M./P.M.

UNITED STATES OF AMERICA                   Criminal Action
                                           2:06cr216-MHT
        VS.

ANTHONY SANDERSON

---

|  PLAINTIFF/GOVERNMENT  | APPEARANCES |  DEFENDANT(S)  |
|---|---|---|
| AUSA Susan R. Redmond | X | Atty Kevin L. Butler |
| AUSA John T. Harmon | X | |
|  | X | |
|  | X | |
|  | X | |

COURT OFFICIALS PRESENT:

| Anthony Green, | Danielle Goldstein, | Mithcell Reisner, |
| Courtroom Clerk | Law Clerk | Court Reporter |

---

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:       SENTENCING HEARING

| | |
|---|---|
| 2:09 p.m. | Sentencing hearing commenced. Terms of plea agreement stated on the record. Probation concurs with plea agreement. Court accepts plea agreement. Sentence imposed; **ORAL ORDER** during sentence imposition granting [27] Motion for Downward Departure and [28] Motion for Reduction in Criminal Offense Level. Government's **ORAL MOTION** to Dismiss Counts 1, 3, 4 and 5 of the indictment. **ORAL ORDER** granting Oral Motion to Dismiss. Government's **ORAL MOTION** to Strike Forfeiture Allegation. Order to issue striking forfeiture allegation. |
| 2:35 p.m. | Hearing concluded. |