IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
UNITED STATES OF AMERICA        )
                                )
        v.                      )    CR. NO. 2:06cr216-MHT
                                )
ANTHONY SANDERSON               )
```

O R D E R

Upon consideration of the Motion to Strike (doc. no. 30) heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED.  It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the Forfeiture Allegation is hereby stricken.

DONE, this the 8th day of March, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE